ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                              )
                                          )
URS Federal Services, Inc.                )          ASBCA No.  61443
                                          )
Under Contract No. FA8108-09-D-0006       )

APPEARANCE FOR THE APPELLANT:          Terry L. Elling, Esq.
                                         Holland & Knight LLP
                                         Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:        Jeffrey P. Hildebrant, Esq.
                                         Air Force Deputy Chief Trial Attorney
                                       Colby L. Sullins, Esq.
                                       Erika L. Whelan Retta, Esq.
                                         Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 28, 2020

LIS B. YOUNG
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61443, Appeal of URS Federal Services, Inc., rendered in conformance with the Board's Charter.

Dated:  April 28, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals